CHARLES BURLEY et al., Appellants, *v.* ORSELL N. HARTSON
et al., Respondents.

(Argued April 18, 1888; decided May 4, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judical department, entered upon an order
made April 17, 1886, which affirmed a judgment dismissing
the complaint, entered upon a decision of the court on trial
at Special Term.

*Mr. Wentworth* for appellants.

*A. C. Wade* for respondents.

Agree to affirm on authority of *Richardson* v. *Thurber*
(104 N. Y. 606.)
All concur.
Judgment affirmed.

--------

JOHN LANGFORD et al., Respondents, *v.* ORSELL COOK,
Impleaded, etc., Appellant.

(Submitted April 18, 1888; decided May 4, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of January, 1886, which affirmed a
judgment in favor of plaintiffs, entered upon the report of a
referee.

*A. C. Wade* for appellant.

*Frank W. Stevens* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.